

FILED
JUL 16 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>JORGE SANTOS-TORRES,<br><br>　　Defendant. | NO. CR: 5:03-135-HRL<br><br>ORDER OF DISMISSAL |

Leave is granted to the government to dismiss the complaint. The complaint is hereby ordered dismissed without prejudice.

Date: 7/15/15

HOWARD R. LLOYD
United States Magistrate Judge

NOTICE OF DISMISSAL (CR 5:03-135-HRL)